| | |
|---|---|
| Guy B. Wallace (SBN 176151)<br>gwallace@schneiderwallace.com<br>Mark T. Johnson (SBN 076904)<br>mjohnson@schneiderwallace.com<br>SCHNEIDER WALLACE<br>COTTRELL KONECKY LLP<br>2000 Powell Street, Suite 1400<br>Emeryville, California 94608<br>Telephone: (415) 421-7100<br>Facsimile: (415) 421-7105 | Linda M. Dardarian (SBN 131001)<br>ldardarian@gbdhlegal.com<br>Andrew P. Lee (SBN 245903)<br>alee@gbdhlegal.com<br>GOLDSTEIN, BORGEN,<br>DARDARIAN & HO<br>155 Grand Avenue, Suite 900<br>Oakland, CA 94612-3536<br>Telephone : (510) 763-9800<br>Facsimile: (510) 835-1417 |
| Catherine Cabalo (SBN 248198)<br>ccabalo@peifferwolf.com<br>PEIFFER WOLF CARR KANE<br>CONWAY & WISE, LLP<br>4 Embarcadero Center, Suite 1400<br>San Francisco, CA 94111<br>Telephone: (415) 766-3592<br>Facsimile: (415) 402-0058 | Jinny Kim (SBN 208953)<br>jkim@dralegal.org<br>DISABILITY RIGHTS<br>ADVOCATES<br>2001 Center Street, Third Floor<br>Berkeley, CA 94704<br>Telephone: (510) 519-9790<br>Facsimile : (510) 665-8511 |

*Attorneys for the Plaintiffs
and the Proposed Classes*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| MICHAEL CURRAN, NICOLE BROWN-BOOKER, on behalf of themselves and all others similarly situated,<br><br>　　　　　　　　　Plaintiffs,<br>　vs.<br><br>CITY OF OAKLAND,<br><br>　　　　　　　　　Defendant. | Case No: 3:23-cv-02354 RS<br><br>CLASS ACTION<br><br>**STIPULATION AND ORDER FOR ADMINISTRATIVE RELIEF FROM GENERAL ORDER 56 AND REQUEST FOR INITIAL CASE MANAGEMENT CONFERENCE, PURSUANT TO LOCAL RULE 7-12** |

Pursuant to General Order 56 ¶ 3 and Local Rule 7-12, Plaintiffs Michael Curran and Nicole Brown-Booker ("Plaintiffs") and Defendant City of Oakland ("City")—Plaintiffs and the City together the "Parties— hereby stipulate to be relieved from General Order 56 and request an Initial Case Management Conference be scheduled anytime after October 30, 2023. This request is based on the following good cause:

1. Plaintiffs brought this action against the City on May 15, 2023, based on the Americans with Disabilities Act of 1990, Section 504 of the Rehabilitation Act of 1973, and California Government Code Section 11135.

2. The Parties stipulate and agree that this putative class action should not be subject to General Order 56, and thus, request relief from General Order 56.

3. The Parties are in the process of scheduling an early mediation with The Honorable Edward A. Infante of JAMS in either August or early September of this year.

4. To allow the Parties enough time to mediate with Judge Infante and make their best effort to settle this case early, the Parties would like to schedule their Initial Case Management Conference ("CMC") after October 30, 2023.

Pursuant to the above, the Parties jointly stipulate and request the following:

- The Parties be relieved of the requirements of General Order 56 and
- An Initial CMC be scheduled anytime after October 30, 2023.

**IT IS SO STIPULATED.**

Date: May 23, 2023            PEIFFER WOLF CAR KANE CONWAY & WISE, LLP

                              */s/ Catherine Cabalo*
                              By: Catherine Cabalo
                              Attorneys for Plaintiffs and the Proposed Classes

Date: May 23, 2023            BARBARA J. PARKER, City Attorney

                              */s/ Kevin P. McLaughlin*
                              By: Kevin P. McLaughlin,
                              Supervising Deputy City Attorney
                              Attorneys for Defendant City of Oakland

**FILER'S ATTESTATION**

Pursuant to Local Rule 5-1, I hereby attest that on May 23, 2023, I, Catherine Cabalo, attorney with Peiffer Wolf Carr Kane Conway & Wise, LLP, received the concurrence of Kevin P. McLaughlin in the filing of this document.

Date: May 23, 2023

*/s/ Catherine Cabalo*
Catherine Cabalo

**ORDER**

Pursuant to the stipulation of the Parties and for good cause shown:

- The Parties are relieved of the requirements of General Order 56;
- An Initial CMC is scheduled for November 2, 2023; and
- The Parties shall file a Joint Case Management Statement by October 26, 2023.

**IT IS SO ORDERED.**

Dated: May 23, 2023

The Honorable Richard Seeborg
U.S. District Court Judge