| | |
|---|---|
| Guy B. Wallace (SBN 176151) | Linda M. Dardarian (SBN 131001) |
| gwallace@schneiderwallace.com | ldardarian@gbdhlegal.com |
| Mark T. Johnson (SBN 076904) | Andrew P. Lee (SBN 245903) |
| mjohnson@schneiderwallace.com | alee@gbdhlegal.com |
| SCHNEIDER WALLACE | GOLDSTEIN, BORGEN, |
| COTTRELL KONECKY LLP | DARDARIAN & HO |
| 2000 Powell Street, Suite 1400 | 155 Grand Avenue, Suite 900 |
| Emeryville, California 94608 | Oakland, CA 94612-3536 |
| Telephone: (415) 421-7100 | Telephone : (510) 763-9800 |
| Facsimile: (415) 421-7105 | Facsimile: (510) 835-1417 |
| | |
| Catherine Cabalo (SBN 248198) | Jinny Kim (SBN 208953) |
| ccabalo@peifferwolf.com | jkim@dralegal.org |
| PEIFFER WOLF CARR KANE | DISABILITY RIGHTS |
| CONWAY & WISE, LLP | ADVOCATES |
| 555 Montgomery St., Suite 820 | 2001 Center Street, Third Floor |
| San Francisco, CA 94111 | Berkeley, CA 94704 |
| Telephone: (415) 766-3592 | Telephone: (510) 519-9790 |
| Facsimile: (415) 402-0058 | Facsimile :  (510) 665-8511 |

Attorneys for the Plaintiffs and the Proposed Class

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| MICHAEL CURRAN, NICOLE BROWN-BOOKER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>vs.<br><br>CITY OF OAKLAND,<br><br>Defendant. | Case No:  3:23-cv-02354 RS<br><br>CLASS ACTION<br><br>**SECOND STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES** |

Plaintiffs Michael Curran and Nicole Brown-Booker ("Plaintiffs") and Defendant City of Oakland ("City")—Plaintiffs and the City together the "Parties"— hereby stipulate to continue the upcoming Initial Case Management Conference ("CMC") currently scheduled for February 8, 2024. This request is based on the following good cause:

1. Plaintiffs brought this action against the City on May 15, 2023, based on the Americans with Disabilities Act of 1990, Section 504 of the Rehabilitation Act of 1973, and California Government Code Section 11135.

2. The Parties participated in an early mediation with The Honorable Edward A. Infante (Ret.) of JAMS on August 31, 2023.

3. As part of the parties' settlement discussions, on November 8, 2023, the City produced to Plaintiffs two voluminous databases regarding the City's curb ramps and sidewalks. These databases represent the most recent information regarding the condition of the City's curb ramps and sidewalks, including their accessibility to persons with mobility disabilities. As part of this production, the City produced information regarding more than 20,000 curb ramp locations and potential curb ramps locations throughout the City. The City also produced numerous fields of information regarding more than 75,000 locations in the City's approximately 1,100 miles of public sidewalks. Plaintiffs' counsel and their experts are in the process of analyzing this voluminous data for purposes of further settlement discussions with the City and require additional time to do so.

4. Magistrate Judge Infante is available to conduct a further mediation in this complex putative class action matter in the second half of May 2024.

5. To allow the Parties to continue working with Judge Infante and exchange further information and settlement proposals to make their best effort to settle this case, the Parties would like to continue their CMC to a date after July 1, 2024.

Pursuant to the above, the Parties jointly stipulate and request the CMC be rescheduled to a date in July 2024.

**IT IS SO STIPULATED.**

| | | |
|---|---|---|
| 1 | Date: January 29, 2024 | PEIFFER WOLF CAR KANE CONWAY & WISE, LLP |
| 2 | | |
| 3 | | */s/ Catherine Cabalo*<br>By: Catherine Cabalo<br>Attorneys for Plaintiffs and the Proposed Classes |
| 4 | | |
| 5 | Date: January 29, 2024 | BARBARA J. PARKER, City Attorney |
| 6 | | */s/ Kevin P. McLaughlin*<br>By: Kevin P. McLaughlin,<br>Supervising Deputy City Attorney |
| 7 | | Attorneys for Defendant City of Oakland |

**[END OF PAGE – FILER'S ATTESTATION & PROPOSED ORDER ON THE NEXT PAGE]**

**FILER'S ATTESTATION**

Pursuant to Local Rule 5-1, I hereby attest that on January 29, 2024, I, Catherine Cabalo, attorney with Peiffer Wolf Carr Kane Conway & Wise, LLP, received the concurrence of Kevin P. McLaughlin in the filing of this document.

*/s/ Catherine Cabalo*
Catherine Cabalo

**ORDER**

Pursuant to the stipulation of the Parties and for good cause shown:

- The CMC presently scheduled for February 8, 2024 is rescheduled to   July 18  , 2024; and
- The Parties shall file a Joint Case Management Statement by  July 11, 2024 , 2024.

**IT IS SO ORDERED.**

Dated:  1/30 , 2024

The Honorable Richard Seeborg
U.S. District Court Judge

**[END OF DOCUMENT]**