Guy B. Wallace (SBN 176151)
gwallace@schneiderwallace.com
Mark T. Johnson (SBN 076904)
mjohnson@schneiderwallace.com
SCHNEIDER WALLACE
COTTRELL KONECKY LLP
2000 Powell Street, Suite 1400
Emeryville, California 94608
Telephone: (415) 421-7100
Facsimile: (415) 421-7105

Linda M. Dardarian (SBN 131001)
ldardarian@gbdhlegal.com
Andrew P. Lee (SBN 245903)
alee@gbdhlegal.com
GOLDSTEIN, BORGEN,
DARDARIAN & HO
155 Grand Avenue, Suite 900
Oakland, CA 94612-3536
Telephone : (510) 763-9800
Facsimile: (510) 835-1417

Catherine Cabalo (SBN 248198)
ccabalo@peifferwolf.com
PEIFFER WOLF CARR KANE
CONWAY & WISE, LLP
555 Montgomery St., Suite 820
San Francisco, CA 94111
Telephone: (415) 766-3592
Facsimile: (415) 840-9435

Jinny Kim (SBN 208953)
jkim@dralegal.org
DISABILITY RIGHTS
ADVOCATES
2001 Center Street, Third Floor
Berkeley, CA  94704
Telephone: (510) 519-9790
Facsimile :  (510) 665-8511

Attorneys for the Plaintiffs and the Proposed Class

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| MICHAEL CURRAN, NICOLE BROWN-BOOKER, on behalf of themselves and all others similarly situated,<br><br>            Plaintiffs,<br><br>    vs.<br><br> CITY OF OAKLAND,<br><br>            Defendant. | Case No:  3:23-cv-02354 RS<br><br>CLASS ACTION<br><br>**THIRD STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES** |

Plaintiffs Michael Curran and Nicole Brown-Booker ("Plaintiffs") and Defendant City of Oakland ("City")—Plaintiffs and the City together the "Parties"— hereby stipulate to continue the upcoming Initial Case Management Conference ("CMC") currently scheduled for July 18, 2024. This request is based on the following good cause:

1. Plaintiffs brought this action against the City on May 15, 2023, based on the Americans with Disabilities Act of 1990, Section 504 of the Rehabilitation Act of 1973, and California Government Code Section 11135.

2. The Parties participated in an early mediation with The Honorable Edward A. Infante (Ret.) of JAMS on August 31, 2023. The Parties have another mediation with Judge Infante scheduled for July 25, 2024.

3. As part of the Parties' settlement discussions, on November 8, 2023, the City produced to Plaintiffs two voluminous databases regarding the City's curb ramps and sidewalks. These databases represent the most recent information regarding the condition of the City's curb ramps and sidewalks, including their accessibility to persons with mobility disabilities. As part of this production, the City produced information regarding more than 20,000 curb ramp locations and potential curb ramps locations throughout the City. The City also produced numerous fields of information regarding more than 75,000 locations in the City's approximately 1,100 miles of public sidewalks.

4. On March 29, 2024, the City produced additional documents related to the City's curb ramps and sidewalks. Plaintiffs' counsel and their experts are in the process of continuing to analyze the voluminous data produced on November 8, 2023 and the additional documents produced on March 29, 2024 in preparation for the Parties' July 25, 2024 mediation.

5. To allow the Parties to continue working with Judge Infante and exchange further information and settlement proposals to make their best effort to settle this case, the Parties would like to continue their CMC to a date after October 18, 2024.

Pursuant to the above, the Parties jointly stipulate and request the CMC be rescheduled to a date after October 18, 2024.

**IT IS SO STIPULATED.**

Date: July 1, 2024                    PEIFFER WOLF CAR KANE CONWAY & WISE, LLP

_/s/ Catherine Cabalo_
By: Catherine Cabalo
Attorneys for Plaintiffs and the Proposed Classes

Date: July 2, 2024                    BARBARA J. PARKER, City Attorney

_/s/ Kevin P. McLaughlin_
By: Kevin P. McLaughlin,
Supervising Deputy City Attorney
Attorneys for Defendant City of Oakland

## FILER'S ATTESTATION

Pursuant to Local Rule 5-1, I hereby attest that on July 2, 2024, I, Catherine Cabalo, attorney with Peiffer Wolf Carr Kane Conway & Wise, LLP, received the concurrence of Kevin P. McLaughlin in the filing of this document.

_/s/ Catherine Cabalo_
Catherine Cabalo

## ORDER

Pursuant to the stipulation of the Parties and for good cause shown:

- The CMC presently scheduled for July 18, 2024 is rescheduled to  October 24,        , 2024; and

- The Parties shall file a Joint Case Management Statement by  October 17,       , 2024.

**IT IS SO ORDERED.**

Dated:  July 2      , 2024

_____
The Honorable Richard Seeborg
U.S. District Court Judge