**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

MICHAEL CURRAN, NICOLE BROWN-BOOKER, on behalf of themselves and all others similarly situated,

Plaintiffs,

vs.

CITY OF OAKLAND,

Defendant.

Case No: 3:23-cv-02354 RS

CLASS ACTION

**~~[PROPOSED]~~ JUDGMENT**

Having entered an order granting final approval of the class action settlement, the Court hereby enters final judgment in this action as between Plaintiffs Michael Curran and Nicole Brown-Booker, the Settlement Class, and Defendant City of Oakland. Pursuant to this judgment:

1. All Released Claims of Plaintiffs and the Settlement Class, as defined in the Consent Decree, are hereby released.

2. The Court retains jurisdiction over the Consent Decree throughout its Term, for the purposes of supervising the implementation, enforcement, construction and interpretation of the Decree, including resolving disputes arising under the Decree, entering orders modifying the Decree if necessary, and effectuating or enforcing compliance with the terms of the Decree.

3. This action is dismissed with prejudice, subject to the Court's exclusive and continuing jurisdiction described above. Each side shall bear its own attorneys' fees, expenses and costs except as provided by the Consent Decree and the Court's orders.

4. This document constitutes a final judgment and separate document for purposes of Federal Rule of Civil Procedure 58(a). The Clerk is hereby directed to enter judgment forthwith.

**IT IS SO ORDERED.**

Dated: Dec. 4, 2025

The Honorable Richard Seeborg
U.S. District Court Judge

**[END OF DOCUMENT]**